1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  ERIC A. RIVAS (Bar No. 324577)
   eric.rivas@weil.com
3  WEIL, GOTSHAL & MANGES LLP
4  201 Redwood Shores Parkway, 6th floor
   Redwood Shores, CA 94065-1134
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
6

7  Attorneys for Defendant
   RENT THE RUNWAY, INC.
8

              UNITED DISTRICT COURT
9
             CENTRAL DISTRICT OF CALIFORNIA
10

11 | FASHIONPASS, INC.,                           | Case No. 2:19-cv-03537 GW (JCx)
12 |                    Plaintiff,                |
13 |       v.                                     | **DECLARATION OF DAVID R. SINGH IN SUPPORT OF DEFENDANT RENT THE RUNWAY, INC.'S OPPOSITION TO PLAINTIFF FASHIONPASS, INC.'S EX PARTE APPLICATION TO EXTEND THE TIME TO FILE ITS FIRST AMENDED COMPLAINT**
14 | RENT THE RUNWAY, INC.; AND DOES 1 THROUGH 100, INCLUSIVE, |
15 |                                              |
16 |                    Defendants.               |

28 DECLARATION OF DAVID R. SINGH ISO DEFENDANT RENT THE RUNWAY'S OPPOSITION TO PLAINTIFF FASHIONPASS'S EX PARTE APPLICATION TO EXTEND THE TIME TO FILE ITS FIRST AMENDED COMPLAINT         CASE NO. 2:19-CV-03537 GW (JCX)

I, David R. Singh, declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of California and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant Rent the Runway, Inc. ("RTR") in this action brought by FashionPass, Inc. ("FashionPass") (collectively with RTR, the "Parties").

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. I submit this Declaration in Support of RTR's opposition to FashionPass's *Ex Parte* Application to Extend the Time to File Its First Amended Complaint.

4. On April 3, 3019, Mr. Hummel's two fellow partners, Amy Lally and John Treece, at Sidley Austin LLP pitched to RTR in an effort to defend RTR in this litigation. Mr. Hummel pitched to represent FashionPass in this litigation after July 24, 2019. Sean A. Commons, also from Sidley Austin LLP, has represented that at all times after Mr. Hummel was first approached by FashionPass, the firm has had in place an ethical screen that prevented any communications between Mr. Hummel, on the one hand, and Ms. Lally and Mr. Treece, on the other.

5. On August 16, 2019, RTR and FashionPass engaged in a meet and confer discussion to address FashionPass's alleged deficiencies in RTR's August 9, 2019 production of limited discovery.

6. During this meet and confer discussion, FashionPass's counsel, Chad S. Hummel, expressly stated that he has "enough to amend" FashionPass's complaint, and can file by the August 30, 2019 deadline if FashionPass's extension request is denied.

7. Furthermore, FashionPass, by and through its counsel, submitted an incomplete record of its email exchange with RTR regarding the parties' meet and confer on August 16, 2019 as Exhibit E to the Declaration of Chad S. Hummel. FashionPass omitted RTR's response and objection to

DECLARATION OF DAVID R. SINGH ISO
DEFENDANT RENT THE RUNWAY'S OPPOSITION
TO PLAINTIFF FASHIONPASS'S EX PARTE
APPLICATION TO EXTEND THE TIME TO FILE
ITS FIRST AMENDED COMPLAINT

1

CASE NO. 2:19-CV-03537 GW (JCX)

FashionPass's misleading and argumentative summary of the meet and confer discussion, as well as FashionPass's subsequent correspondence.

8. Accordingly, attached as Exhibit A is a true and correct copy of the email exchange on August 16, 2019 between counsel for FashionPass and counsel for RTR.

9. To date, RTR has spent $24,164.80 on expedited electronic discovery collection, review, and production.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 17th day of August, 2019.

                                         */s/ David R. Singh*
                                         David R. Singh

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM").  I am not a party to the within cause, and I am over the age of eighteen years.  I further declare that on August 17, 2019, I served a copy of: DECLARATION OF DAVID R. SINGH IN SUPPORT OF DEFENDANT RENT THE RUNWAY, INC.'S OPPOSITION TO PLAINTIFF FASHIONPASS, INC.'S EX PARTE APPLICATION TO EXTEND THE TIME TO FILE ITS FIRST AMENDED COMPLAINT

**BY OVERNIGHT DELIVERY** by placing a true copy thereof enclosed in a sealed envelope with overnight delivery fees provided for, addressed as follows, for collection by Federal Express at WGM in accordance with WGM's ordinary business practices.  I am readily familiar with WGM's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of WGM's business practice the document(s) described above will be deposited by an employee or agent of WGM in a box or other facility regularly maintained by Federal Express for collection on the same day that the document(s) are placed at WGM.

Chad S. Hummel
Sidley Austin LLP
1999 Avenue of the Stars 17th Floor
Los Angeles, CA 90067

Executed on August 17, 2019, at Redwood Shores, California.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                        */s/ Tracy Herrington*
                                        Tracy Herrington