DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
ERIC RIVAS (Bar No. 324577)
eric.rivas@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Defendant
RENT THE RUNWAY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FASHIONPASS, INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>RENT THE RUNWAY, INC.,<br><br>             Defendant. | Case No. 2:19-cv-03537-GW-JC<br><br>**DEFENDANT RENT THE RUNWAY, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF FASHIONPASS, INC.'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>Date:    October 7, 2019<br>Time:   8:30 a.m.<br>Place:   Room 9D, 9th Floor<br><br>Judge: Hon. George H. Wu |

## NOTICE OF MOTION

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 7, 2019 at 8:30 a.m. or as soon thereafter as the matter may be heard, before the Honorable George Wu in Courtroom 9D, located at 350 West 1st Street, Los Angeles, CA, 90012, Defendant RENT THE RUNWAY, INC. ("RTR") will and hereby does move to dismiss all of Plaintiff FASHIONPASS, INC.'s ("FashionPass") claims pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a plausible claim upon which relief can be granted.

This motion is based upon this Notice of Motion and Motion, all other pleadings and papers on file herein, and such other argument and evidence as may be presented to the Court.

This motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on via email on September 1, 2019 and via teleconference on September 3, 2019, between David R. Singh and Eric A. Rivas, counsel for RTR, and Chad Hummel, counsel for FashionPass.

Dated: September 8, 2019

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ David R. Singh
David R. Singh
State Bar No. 300840
David.Singh@weil.com
Eric A. Rivas
State Bar No. 324577
Eric.Rivas@weil.com

**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802 3100

Eric S. Hochstadt (*pro hac vice* pending)
Lauren A. Jacobson (*pro hac vice* pending)

| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | 767 Fifth Avenue<br>New York, NY  10153-0119 |
| 3 | Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| 4 | Lee S. Brenner |
| 5 | State Bar No. 180235<br>lsbrenner@Venable.com |
| 6 | Ken D. Kronstadt<br>State Bar No. 259996 |
| 7 | kdkronstadt@Venable.com<br>**VENABLE LLP** |
| 8 | 2049 Century Park East Suite 2300<br>Los Angeles, CA 90067 |
| 9 | Telephone: (310) 229-9900<br>Facsimile: (310) 339-9901 |
| 10 | |
| 11 | ***Attorneys for Defendant<br>Rent the Runway, Inc.*** |

RTR'S NOTICE OF MOT. TO DISMISS THE FAC     3     Case No. 2:19-cv-03537-GW-JC