David R. Singh (Bar No. 300840)
david.singh@weil.com
Eric Rivas (Bar No. 324577)
eric.rivas@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA   94065
Telephone:   (650) 802-3000
Facsimile:   (650) 802-3100

Attorneys for Defendant
RENT THE RUNWAY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FASHIONPASS, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RENT THE RUNWAY, INC.,<br><br>                    Defendant. | Case No. 2:19-cv-03537-GW-JC<br><br>**DECLARATION OF DAVID R. SINGH IN SUPPORT OF DEFENDANT RENT THE RUNWAY, INC.'S MOTION TO DISMISS PLAINTIFF FASHIONPASS, INC.'S FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. George H. Wu |

I, David R. Singh, declare under penalty of perjury as follows:

1.     I am a member of the Bar of the State of California and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant Rent the Runway, Inc. ("RTR") in this action brought by FashionPass, Inc. ("FashionPass") (collectively with RTR, the "Parties").

2.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3.  I submit this Declaration in Support of RTR's Motion to Dismiss FashionPass's First Amended Complaint For Failure to State a Claim.

4.  Attached hereto as Exhibit A is a sample RTR Vendor Order Form containing the Right of First Opportunity language (RTR00000886).

5.  Attached hereto as Exhibit B is a comparison showing the changes made from FashionPass's Original Complaint to its First Amended Complaint.

6.  Attached hereto as Exhibit C is a September 1, 2019 email chain between E. Rivas (counsel for RTR) and Chad Hummel (counsel for FashionPass).

7.  Attached hereto as Exhibit D is a sample RTR Purchase Order (RTR00000126).

8.  Attached hereto as Exhibit E are excerpts from Le Tote's website, showing that Le Tote carries certain brands at issue in the First Amended Complaint.

9.  Attached hereto as Exhibit F are excerpts from Nuuly's website, showing that Nuuly carries certain brands at issue in the First Amended Complaint.

10. Attached hereto as Exhibit G are excerpts from Armoire's website, showing that Armoire carries certain brands at issue in the First Amended Complaint.

11. Attached hereto as Exhibit H are excerpts from Gwynnie Bee's website, showing that Gwynnie Bee carries certain brands at issue in the First Amended Complaint.

12. Attached hereto as Exhibit I is an excerpt from RTR's website, showing the list of brands that RTR carries.

13. Attached hereto as Exhibit J is an excerpt from FashionPass's website, showing the list of brands that FashionPass carries.

1  I declare under penalty of perjury that the foregoing facts are true and correct.
2  This declaration was executed on the 8th day of September, 2019.

                                      */s/ David R. Singh*
                                      David R. Singh