```
1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  ERIC RIVAS (Bar No. 324577)
   eric.rivas@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA  94065
   Telephone:  (650) 802-3000
5  Facsimile:  (650) 802-3100

6  Attorneys for Defendant
   RENT THE RUNWAY, INC.
7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| FASHIONPASS, INC., <br><br>　　　　　　　Plaintiff, <br><br>　　vs. <br><br>RENT THE RUNWAY, INC., <br><br>　　　　　　　Defendant. | Case No. 2:19-cv-03537-GW-JC <br><br>**DEFENDANT RENT THE RUNWAY, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS** <br><br>Date:　October 7, 2019 <br>Time:　8:30 a.m. <br>Place:　Room 9D, 9th Floor <br><br>Judge: Hon. George H. Wu <br><br>[Filed concurrently with: Declaration of David R. Singh; Redacted Versions of Documents Proposed to be Filed Under Seal; Unredacted Versions of Documents Proposed to be Filed Under Seal; and [Proposed] Order re Application for Leave to File Under Seal] |

Pursuant to Local Rule 79-5, Defendant RENT THE RUNWAY, INC. ("RTR") hereby applies for leave of Court to file Exhibits A and D to the September 8, 2019 Declaration of David R. Singh, filed in support of RTR's Motion to Dismiss Plaintiff FashionPass, Inc.'s First Amended Complaint, under seal. Exhibit A is a vendor form prepared by RTR's legal department and is marked "HIGHLY CONFIDENTIAL" under the Stipulated Protective Order (Dkt. No. 43).  *See* Declaration of David R. Singh In Support of Application for Leave to File Under Seal Certain Exhibits in Support of Its Motion to Dismiss ("Singh Decl."), filed concurrently herewith, at ¶ 4. This document reflects RTR's proprietary terms of purchasing certain fashion items at wholesale from its vendors and contains strategic competitive informatoin. *Id*. Exhibit D is an example of a proprietary RTR purchase order. *Id*. ¶ 5. The document reflects competitively sensitive information, including the amount of units purchased, the amount RTR spent with the vendor, any discounts issued by the vendor to RTR, and RTR's proprietary matrix of sizes order. *Id*.

Counsel for FashionPass was informed of RTR's intent to seek leave to file Exhibits A and D under seal. *See id*. at ¶ 6, Ex. 1. Specifically, counsel for FashionPass was advised that RTR views the proprietary information relating to RTR's negotiations with suppliers, terms of agreements with suppliers, pricing of products, competitive strategy, and purchasing strategy, as confidential and competitively sensitive. *Id*. FashionPass did not advise as to whether it opposes RTR's application.

Where, as here, commercially sensitive information is at issue, documents may be filed under seal. *See, e.g., Dobrosky v. Arthur J. Gallagher Serv. Co. LLC*, No. EDCV 13-0646 JGB (SPx), 2015 U.S. Dist. Lexis 68252 at *11 (C.D. Cal. May 18, 2015) (stating that "'compelling reasons' may exist if sealing is required to prevent judicial documents from being used as sources of business information that might harm a litigant's competitive standing.") (internal quotations omitted).

Dated: September 8, 2019

Respectfully submitted,

WEIL. GOTSHAL & MANGES LLP

By: */s/ David R. Singh*

David R. Singh
State Bar No. 300840
David.Singh@weil.com
Eric A. Rivas
State Bar No. 324577
Eric.Rivas@weil.com

**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802 3100

Eric S. Hochstadt (*pro hac vice* pending)
Lauren A. Jacobson (*pro hac vice* pending)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Lee S. Brenner
State Bar No. 180235
lsbrenner@Venable.com
Ken D. Kronstadt
State Bar No. 259996
kdkronstadt@Venable.com
**VENABLE LLP**
2049 Century Park East Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 339-9901

***Attorneys for Defendant***
***Rent the Runway, Inc.***