1 | DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
2 | ERIC RIVAS (Bar No. 324577)
eric.rivas@weil.com
3 | WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
4 | Redwood Shores, CA  94065
Telephone:  (650) 802-3000
5 | Facsimile:  (650) 802-3100

6 | Attorneys for Defendant
RENT THE RUNWAY, INC.

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

12

FASHIONPASS, INC.,

13

                    Plaintiff,

14

   vs.

15

RENT THE RUNWAY, INC.

16

                 Defendant.

Case No. CV 19-3537-GW-JCx

**ORDER GRANTING DEFENDANT RENT THE RUNWAY, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS IN SUPPORT OF ITS MOTION TO DISMISS**

Date:      October 7, 2019
Time:     8:30 a.m.
Place:    Room 9D, 9th Floor

Judge: Hon. George H. Wu

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Rent the Runway, Inc.'s Application for Leave to File Under Seal
2   Certain Exhibits in Support of Its Motion to Dismiss ("Defendant's Application")
3   came before this Court for hearing on September 8, 2019. Having considered the
4   papers and arguments of counsel submitted in connection with Defendant's Motion to
5   Dismiss, and finding good cause appearing, IT IS HEREBY ORDERED that:
6        Defendant's Application is GRANTED.

7

8

9        IT IS SO ORDERED.

10

11   Dated: September 10, 2019

12                                        By: _____

13                                            Honorable George H. Wu
                                             United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING        2        Case No. 2:19-cv-03537-GW-JC
RTR'S APPLICATION