JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FASHIONPASS, INC., | Case No.  CV 19-3537-GW-JCx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| RENT THE RUNWAY, INC., | |
| Defendant. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: April 20, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE